Marc E. Hankin
*marc@hankinpatentlaw.com*
Hankin Patent Law APC
12400 Wilshire Blvd., Suite 1265
Los Angeles, CA 90025
Telephone: 310.979.3600
Facsimile: 310.979.3603

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone:  847.656.5848

*Attorneys for VDPP LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VDPP LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>VIZIO INC.,<br><br>        Defendant. | Case No. 8:20-CV-00030<br><br>**COMPLAINT FOR PATENT INFRINGMENT**<br><br>---<br><br>**JURY TRIAL DEMANDED** |

## Jurisdiction and Venue

1. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a). This Court may exercise personal jurisdiction over Vizio. Vizio conducts continuous and systematic business in California and in this District. Vizio's principal place of business is located in this District. These patent infringement claims arise directly from Vizio's continuous and systematic activity in this District. In short, this Court's exercise of jurisdiction over Vizio would be consistent with the California long-arm statute and traditional notions of fair play and substantial justice. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b)

## Parties

2. Plaintiff VDPP LLC is a limited liability company organized under the laws of Oregon with a principal place of business located in Corvallis, Oregon.

3. Defendant Vizio Inc. is a corporation organized under the laws of California with a principal place of business located in Irvine, California.

### Count 1 – Infringement of U.S. Patent No. 10,021,380

4. VDPP is the exclusive owner of United States Patent No. 10,021,380 (the "'380 patent"), which is attached hereto as "Exhibit 1."

5. The '380 patent is valid and enforceable.

6. Vizio has been and is directly infringing at least one of the 30 claims of the '380 patent. Vizio has made and sold and is making and selling the "P-Series" televisions, which embody claims of the '380 patent. Without limiting the claims that will be asserted or the products that will be accused of infringement in this action, Vizio infringes claim 6 of the '380 patent by making and selling the Quantum X, which performs Vizio's "Smooth Motion" in a manner that infringes the '380 patent.

    a. The apparatus of claim 6 comprises "a storage adapted to: store a sequence of image frames[.]" (Ex. 1 at 113:28-30.) The Quantum X is an

apparatus with storage to store a sequence of image frames.

  b. The claim 6 apparatus comprises "a processor communicably coupled to the storage and adapted to: obtain from said storage a first image frame associated with a first chronological position in the sequence image frames and a second image frame associated with a second chronological position in the sequence of image frames[.]" (Ex. 1 at 113:31-37.) The Quantum X has a processor and a storage, both of which are connected. The Quantum X receives a video stream that consists of a series of still image frames in a chronological sequence. The Quantum X's processor obtains the still images from the storage, each of which are associated with the chronological order.

  c. The processor of claim 6 is further adapted to "expand the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame; [and] expand the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame[.]" (Ex. 1 at 133:38-44.) The Quantum X has a "Spatial Scaling Engine" that expands "HD and Full HD content to appear as Ultra HD resolution." https://www.vizio.com/p-series-quantum-x.

  d. The claim 6 processor is adapted to "combine the modified first image frame and the modified second image frame to generate a modified combined image frame, the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension[.]" (Ex. 1 at 113:45-50.) The Quantum X performs motion interpolation by creating an artificial image frame, i.e. an image frame not provided in the video stream, by combining the first and second modified image frames. "The Smooth Motion Effect option activates

Motion Estimation/Motion Compensation (ME/MC), which suppresses motion judder. Judder is often observed as a 'stuttering' of the image when the camera pans across a scene, or there is horizontal motion in the scene." https://support.vizio.com/s/article/Smooth-Motion?language=en_US.

    e.    The claim 6 apparatus' processor is adapted to "display the modified combined image frame." (Ex. 1 at 113:51.) The Quantum X displays the modified combined image frame after displaying the first modified image frame and before displaying the second modified image frame.

### Count 2 – Infringement of U.S. Patent No. 9,699,444

7.    VDPP is the exclusive owner of United States Patent No. 9,699,444 (the "'444 patent"), which is attached hereto as "Exhibit 2."

8.    The '444 patent is valid and enforceable.

9.    Vizio has been and is directly infringing at least one of the 27 claims of the '444 patent. Vizio has made and sold and is making and selling the "P-Series" televisions, which embody claims of the '444 patent. Without limiting the claims that will be asserted or the products that will be accused of infringement in this action, Vizio infringes claim 1 of the '444 patent by making and selling the Quantum X, which is designed to perform local dimming using Vizio's "Active Full Array" with "up to 480 local dimming zones." https://www.vizio.com/p-series-quantum-x.

    a.    Claim 1 of the '444 patent claims an "apparatus comprising: a storage adapted to: store one or more image fames[.]" (Ex. 2 at 47:40-42.) The Quantum X is an apparatus with storage to store a sequence of image frames.

    b.    The Claim 1 apparatus comprises "a processor adapted to: obtain a first image frame from a first video stream; [and] expand the first image frame to generate a modified image frame, wherein the modified image frame is different from the first image frame[.]" (Ex. 2 at 47:43-47.) The Quantum X has a "Spatial Scaling Engine" that expands "HD and Full HD content to

appear as Ultra HD resolution." https://www.vizio.com/p-series-quantum-x.

      c.      The processor of claim 1 is adapted to "generate a bridge frame, wherein the bridge frame is a non-solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame[.]" (Ex. 2 at 47:48-51.) The Quantum X is a direct-backlight LED LCD TV, which means that the Quantum X displays video using two separate layers. The front layer is liquid crystal layer (the "LCM Layer") containing millions of pixels, each of which is split into subpixels of the primary colors: red, green, and blue. The back layer is a backlight unit of LED lights (the "BLU") that illuminates the LCM Layer. In order to achieve deeper black levels, the Quantum X can dynamically turn off localized areas of the BLU—areas where the image should be black—resulting in a bridge frame that is non-solid, i.e., parts of the frame are black, parts of the frame are white, and parts of the frame are a gradient thereof. "Our most powerful Active Full Array® backlight creates near-perfect contrast across up to 480 local dimming zones." https://www.vizio.com/p-series-quantum-x.

      d.      In claim 1, the processor is adapted to "blend the modified image frame with the bridge frame to generate a blended modified image frame; and display the blended modified image frame." (Ex. 2 at 47:52-54.) The Quantum X blends the bridge frame (the locally-dimmed BLU image) with the modified image frame (the upscaled RGB image of the LCM) to create and display the blended modified image frame.

      10.      Further, and without limiting the claims that will be asserted or the products that will be accused of infringement in this action, Vizio infringes claim 27 of the '444 patent by making and selling the Quantum X, which is designed to perform "black frame insertion" in an infringing manner.

      a.      Claim 27, which is dependent on claim 26, claims an "apparatus

comprising: a storage adapted to: store one or more image frames[.]" (Ex. 2 at 50:37-39.) The Quantum X is an apparatus with storage to store a sequence of image frames.

    b.    The claim 27 apparatus comprises "a processor adapted to: obtain a first image from a first video stream [.]" (Ex. 2 at 50:40-41.) The Quantum X is equipped with a graphics processing unit adapted to obtain images that together make a video stream.

    c.    The claim 27 processor is adapted to "generate a modified image frame by . . . expanding the first image frame . . . wherein the modified image frame is different from the first image frame[.]" (Ex. 2 at 50:42-49.) The Quantum X has a "Spatial Scaling Engine" that expands "HD and Full HD content to appear as Ultra HD resolution." https://www.vizio.com/p-series-quantum-x.

    d.    The claim 27 processor is further adapted to "generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame[.]" (Ex. 2 at 50:50-53.) The bridge frame is black. (*Id.* at 50:56-57.) All televisions display video as a series of still images. These images change quickly enough to produce the illusion of motion—much like a flip book. Because televisions are unable to produce truly moving images, the human eye perceives the "moving" object as blurred. To reduce this perceived motion blur, the Quantum X practices the invention of claim 27 by generating a solid black bridge frame and inserting the bridge frame between the modified image frames.

    e.    The claim 27 apparatus then will "display the modified image frame; and display the bridge frame." (Ex. 2 at 50:54-55.) The Quantum X displays the modified image frame, and then displays the solid black bridge

frame.

## Count 3 – Infringement of U.S. Patent No. 9,948,922

11.     VDPP is the exclusive owner of United States Patent No. 9,948,922 (the "'922 patent"), which is attached hereto as "Exhibit 3."

12.     The '922 patent is valid and enforceable.

13.     Vizio has been and is directly infringing at least one of the 12 claims of the '922 patent. Vizio has made and sold and is making and selling the "P-Series" televisions, which embody claims of the '922 patent. Without limiting the claims that will be asserted or the products that will be accused of infringement in this action, Vizio infringes claim 2 of the '922 patent by making and selling the Quantum X, which is designed to perform "black frame insertion."

    a.     Claim 2 of the '922 patent, which is dependent on claim 1, claims an "apparatus comprising: a storage adapted to: store one or more image fames[.]" (Ex. 3 at 113:27-29.) The Quantum X is an apparatus with storage to store a sequence of image frames.

    b.     The claim 2 apparatus includes "a processor adapted to: obtain a first image frame and a second image frame from a first video stream[.]" (Ex. 3 at 113:30-32.) The Quantum X has an "Octa-core processor," https://www.vizio.com/p-series-quantum-x, which obtains a series of image frames making up a video stream.

    c.     The processor of claim 2 is adapted to "generate a first modified image frame by expanding the first image frame, wherein the first modified image frame is different from the first image frame; [and] generate a second modified image frame by expanding the second image frame, wherein the second modified image frame is different from the second image frame[.]" (Ex. 3 at 113:33-39.) The Quantum X has a "Spatial Scaling Engine" that expands "HD and Full HD content to appear as Ultra HD resolution."

https://www.vizio.com/p-series-quantum-x.

      d.      The claim 2 apparatus' processor is adapted to "generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the second image frame[.]" (Ex. 3 at 113:40-43.) "[T]he bridge frame is black." (*Id.* at 113:47-48.) All televisions display video as a series of still images. These images change quickly enough to produce the illusion of motion—much like a flip book. Because televisions are unable to produce truly moving images, the human eye perceives the "moving" object as blurred. To reduce this perceived motion blur, the Quantum X practices the invention of claim 2 by generating a solid black bridge frame and inserting the bridge frame between the modified image frames.

      e.      The processor of claim 2 is adapted to "display the first modified image frame; display the bridge frame; and display the second modified image frame." (Ex. 3 at 113:44-46.) The Quantum X displays the first modified image frame, then displays the solid black bridge frame, then displays the second modified image frame.

### Count 4 – Infringement of U.S. Patent No. 9,942,487

14.    VDPP is the exclusive owner of United States Patent No. 9,942,487 (the "'487 patent"), which is attached hereto as "Exhibit 4."

15.    The '487 patent is valid and enforceable.

16.    Vizio has and is directly infringing at least one of the 7 claims of the '487 patent. Vizio has made and sold and is making and selling televisions that infringe claims of the '487 patent. Without limiting the claims that will be asserted or the products that will be accused of infringement in this action, Vizio infringes claim 2 of the '487 patent by making and selling the Quantum X, which performs Vizio's "Smooth Motion" to minimize the effects of perceived motion blur in a

manner that infringes the '487 patent. To combat motion blur caused by image persistence, the Quantum X does not display an entire image at one given moment; rather, the Quantum X displays only a first portion of the image, and then it will display only a second portion of the image.

      a.    Claim 2 of the '487 patent claims an "apparatus comprising: a storage configured to: store a compressed image frame and temporal redundancy information[.]" (Ex. 4 at 23:17-20.) The Quantum X has a storage configured to store compressed images and corresponding temporal redundancy information.

      b.    The Claim 2 apparatus comprises "a processor configured to: receive the compressed image frame and the temporal redundancy information; [and] decompress the image frame[.]" (Ex. 4 at 23:21-24.) The processor is "configured to: decompress the image frame based on the temporal redundancy information." (*Id.* at 24:12-15.) The Quantum X's processor is configured to receive the compressed image frames and, using the temporal redundancy information, decompress the image frames for display as video.

      c.    The processor of claim 2 is adapted to "generate a plurality of bridge frames that are different from the image frame, wherein the plurality of bridge frames includes: a first bridge frame having a first width, the first bridge frame comprising a first white rectangle in an upper portion of the first bridge frame, the first white rectangle having the first width; and a second bridge frame having a second width, the second bridge frame comprising a dark rectangle in an upper portion of the second bridge frame, the dark rectangle having the second width[.]" (Ex. 4 at 23:25-35.) The Quantum X processor generates a series of bridge frames that act as templates for the display of each image frame. Each bridge frame includes a white portion that represents the

visible portion of each image frame that will be displayed. The Quantum X generates a first bridge frame with a white rectangle in the upper portion of the image frame that extends the width of the image frame. The Quantum X will also generate a second bridge frame with a black rectangle, this rectangle occupying the same space as the white rectangle of the first bridge frame.

        d.      Having generated the bridge frames, the processor of claim 2 will then "blend the image frame and the plurality of bridge frames, generating a plurality of blended frames, wherein the plurality of blended frames include: a first blended frame that includes the first portion of the image frame in an upper portion of the first blended frame; and a second blended frame that includes the dark rectangle in an upper portion of the second blended frame[.]" (Ex. 4 at 24:1-9.) The Quantum X applies the generated bridge frames to each image frame, creating multiple blended frames. Quantum X creates a blended frame with the upper portion of the image frame visible, and the Quantum X creates a second blended frame with the upper portion of the image frame black.

        e.      Finally, the processor of claim 2 is adapted to "display the plurality of blended frames consecutively within a video." (Ex. 4 at 24:10-11.) The Quantum X displays the blended frames as a video, minimizing motion blur.

## Count 5 – Infringement of U.S. Patent No. 9,781,408

17.    VDPP is the exclusive owner of United States Patent No. 9,781,408 (the "'408 patent"), which is attached hereto as "<u>Exhibit 5</u>."

18.    The '408 patent is valid and enforceable.

19.    Vizio has and is directly infringing at least one of the 24 claims of the '408 patent. Vizio has made and sold and is making and selling televisions that infringe claims of the '408 patent. Without limiting the claims that will be asserted or the products that will be accused of infringement in this action, Vizio infringes

claim 2 of the '408 patent by making and selling the Quantum X, which performs "backlight scanning" to minimize the effects of perceived motion blur in a manner that infringes the '408 patent. To combat motion blur caused by image persistence, the Quantum X does not display an entire image at one given moment; rather, the Quantum X displays only a first portion of the image, and then it will display only a second portion of the image.

  a. Claim 2 of the '487 patent, which is dependent on claim 1, claims an "apparatus comprising: a storage adapted to store one or more image frames[.]" (Ex. 5 at 113:2-3.) The Quantum X is an apparatus that stores video as a sequence of image frames.

  b. The claim 2 apparatus comprises "a processor adapted to: obtain a first image frame from a first video stream [and] expand the first image frame to generate a modified image frame, wherein the modified image frame is different from the first image frame[.]" (Ex. 5 at 113:4-8.) The Quantum X has a "Spatial Scaling Engine" that expands "HD and Full HD content to appear as Ultra HD resolution." https://www.vizio.com/p-series-quantum-x.

  c. The claim 2 processor is adapted to "generate a first altered image frame that includes first and second non-overlapping portions, wherein the first non-overlapping portion comprises a first portion of the modified image frame, wherein the first image frame does not include the second non-overlapping portion, wherein the modified image frame does not include the second non-overlapping portion[.]" (Ex. 5 at 113:9-16.) "[T]he second non-overlapping portion of the first altered frame is black." (*Id.* at 113:28-29.) The Quantum X generates an altered image frame of the expanded image frame where one portion of the altered image frame is the modified image frame, and another portion of the altered image frame is black.

  d. The claim 2 processor is adapted to "generate a second altered

image frame that includes third and fourth non-overlapping portions, wherein the third non-overlapping portion comprises a second portion of the modified image frame, the second portion of the modified image frame being different from the first portion of the modified image frame, wherein the first image frame does not include the fourth non-overlapping portion, wherein the modified image frame does not include the fourth non-overlapping portion. (Ex. 5 at 113:17-26.) The Quantum X generates a second altered image frame of the expanded image frame where one portion of the altered image frame is the modified image frame (but not the portion of the modified image frame that is visible in the first altered image frame), and another portion of the altered image frame (the fourth non-overlapping portion) does not include the image frame or modified image frame, i.e., the other portion is black. (*See* Ex. 6 at 113: 30-31 (dependent claim 3).)

**Prayer for Relief**

WHEREFORE, VDPP prays for the following relief against Vizio:

(a) Judgment that Vizio has directly infringed the '380, '444, '922, '487, and '408 patents;

(b) A fair and reasonable royalty;

(c) Pre-judgment interest and post-judgment interest at the maximum rate allowed by law;

(d) A post-judgment injunction; and

(e) Such other and further relief as the Court may deem just and proper.

Date: January 7, 2020

*/Marc E. Hankin/*
Marc E. Hankin
*marc@hankinpatentlaw.com*
Hankin Patent Law APC
124 Wilshire Blvd., Suite 1265
Los Angeles, CA 90025
Telephone: 310.979.3600
Facsimile: 310.979.3603

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5848

*Attorneys for VDPP LLC*

## **Demand for Jury Trial**

VDPP demands a trial by jury on all matters and issues triable by jury.

Date: January 7, 2020

*/Marc E. Hankin/*
Marc E. Hankin
*marc@hankinpatentlaw.com*
Hankin Patent Law APC
124 Wilshire Blvd., Suite 1265
Los Angeles, CA 90025
Telephone: 310.979.3600
Facsimile: 310.979.3603

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5848

*Attorneys for VDPP LLC*

Complaint for Patent Infringement -13- Case No. Case No. 8:20-CV-00030