JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VDPP LLC,**<br>**an Oregon limited liability company**,<br><br>            Plaintiff,<br><br>      v.<br><br>**VIZIO, Inc.,**<br>**a California corporation**,<br><br>            Defendant. | Case No.  8:20-cv-00030-JVS-KES<br><br>**JUDGMENT**<br><br>Judge:  Hon. James V. Selna |

Pursuant to the stipulated motion of Plaintiff VDPP LLC and Defendant VIZIO, Inc.,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Vizio and against VDPP as follows:

1. VIZIO does not infringe and has not infringed either U.S. Patent No. 9,942,487 or U.S. Patent No. 9,781,408;

2. The claims of U.S. Patent Nos. 10,021,380; 9,699,444; and 9,948,922 are invalid as indefinite under 35 U.S.C. § 112; and

3. VDPP shall take nothing from VIZIO.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 8, 2021

_____
Honorable James V. Selna
United States District Judge