

**RECEIVED**
CLERK, U.S. DISTRICT COURT

3/25/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MAT _____ DEPUTY

# United States Court of Appeals
# for the Federal Circuit

---

**VDPP LLC,**

*Plaintiff-Appellant*

v.

**VIZIO, INC.,**

*Defendant-Appellee*

---

2021-2040

---

Appeal from the United States District Court for the Central District of California in No. 8:20-cv-00030-JVS-KES, Judge James V. Selna.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

March 25, 2022          /s/ Peter R. Marksteiner
      Date          Peter R. Marksteiner
                            Clerk of Court