1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VDPP LLC,<br><br>       Plaintiff,<br>  v.<br><br>VIZIO, INC.,<br><br>       Defendant. | Case No.  8:20-CV-00030-JVS-KES<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. JAMES V. SELNA<br>UNITED STATES DISTRICT JUDGE<br>SANTA ANA, COURTROOM 10C |

Based upon the parties' Stipulation and Proposed Order for Dismissal of Action with Prejudice, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed in its entirety with prejudice, with each side to bear its own attorney's fees, expenses, and costs.

**IT IS SO ORDERED.**

DATED: October 21, 2022

_____
James V. Selna
United States District Judge